**FILED**

MAR 1 9 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

KIMBERLY F TRACY
7211 Liberty Pride Street.
Las Vegas, NV 89148
702-672-1031

                  Plaintiff,

V.

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
                  Defendant.

Case: 1:15–cv–00403   Jury Demand
Assigned To : Chutkan, Tanya S.
Assign. Date : 3/19/2015
Description: FOIA/Privacy Act  ( I Deck )

_____

### COMPLAINT

Plaintiff Kimberly F Tracy brings this action against the U.S Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and the Privacy Act, 5 U.S.C. § 552a ("Privacy Act").

### JURISDICTION AND VENUE

1.      The Court has Jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

-1-



RECEIVED
Mail Room

MAR 1 9 2015

Angela D. Caesar, Clerk of Court
District Court, District of Columbia

1

## PARTIES

3.      Plaintiff Kimberly F Tracy is a private citizen residing in Las Vegas, Nevada.

4.      Defendant U.S. Department of Justice is an agency of the United States
government and is headquartered at 950 Pennsylvania Avenue, N.W., Washington, DC 20530.
Defendant has possession, custody and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On January 19, 2015, Plaintiff Kimberly F Tracy submitted a FOIAPA request to
the Federal Bureau of Investigation ("FBI"), a component of Defendant. These were done under
the provisions of FOIA and Privacy Act. Said request included a fully executed Certification of
Identity form ("DOJ-361").

6.      Plaintiffs' request sought access to:

        A.      Any and all records concerning, regarding, or relating to Kimberly F
Tracy.

        B.      Specific interview and victim report filed at the Las Vegas, Nevada
FBI field office on 06/23/2014 was referenced in request. FBI agent did not provide a file or case
number at the conclusion of the interview on 06/23/2014.

        C.      Specific interview and victim report filed at the Las Vegas, Nevada
FBI field office on 10/02/2014 was referenced in request. FBI agent did not provide a file or case
number at the conclusion of the interview on 10/02/2014.

        D.        Specific interview and victim report filed at the Las Vegas, Nevada FBI field office on 10/19/2014 was referenced in request. FBI agent did not provide a file or case number at the conclusion of the interview on 10/19/2014.

        E.        Specific phone call that Plaintiff Kimberly F Tracy placed to the FBI on 10/14/2014 at approximately 11:17 am was referenced in request.

7.        By electronic mail dated 01/23/2015, the FBI informed Plaintiff Kimberly F Tracy that her FOIAPA was received. No request number was assigned.

8.        By letter dated 02/06/2015, the FBI informed Plaintiff Kimberly F Tracy that her FOIAPA was assigned request number 1320657-000. Said letter indicated that letter was received at FBI headquarters and that an indices search was in progress.

9.        Pursuant to 5 U.S.C. § 552(a)(6)(A), the FBI was required to determine whether to comply with Plaintiff's request with the requisite notifications by March 10, 2015. Pursuant to the same provision, the FBI was required to notify the Plaintiff immediately whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination.

10.       As of the date of this complaint, the FBI has failed to make any determination about whether it will comply with such request or immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination. The FBI has failed to produce any records,

nor indicated when any responsive records will be produced. The FBI has also failed to demonstrate that said records are exempt from production. A status check of the FOIAPA request number 1320657-000 on the fbi.gov/foia website showed no change of status as of the date of this complaint.

11.     Plaintiff is deemed to have exhausted any and all administrative remedies with respect to her FOIAPA request since the FBI has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A).

## COUNT 1
### Violation of FOIA, 5 U.S.C. § 552

12.     Defendant is unlawfully withholding records requested by Plaintiff pursuant to FOIA.

13.     Plaintiff Kimberly F Tracy is being irreparably harmed by the Defendants refusal to comply with her request. Plaintiff and spouse (Robert Bruce Tracy) are victims of an ongoing extortion threat. Defendant has been referenced by the Plaintiff as a possible source of the extortion during victim interviews with the FBI.

## COUNT 2
### Violation of Privacy Act, 5 U.S.C. § 552a

14.     Defendant is unlawfully withholding records requested by Plaintiff pursuant to the Privacy Act.

15.     Plaintiff Kimberly F Tracy is being irreparably harmed by the Defendants refusal to comply with her request. Plaintiff feels assured that release of any and all responsive records will point to serious potential violations of her Constitutional and/or Civil Rights.

Plaintiff requests that the Court: (1) compel the Defendant to produce by a specific date any and all responsive records regarding, concerning or relating to Plaintiff Kimberly F Tracy. These records should include, but are not limited to, records of communications and contacts with agents, employees or officials of the FBI and DOJ. Transcripts and or recordings of phone calls between Plaintiff and agents, employees, informants, contractors or officials of the FBI and DOJ. Records of any and all wiretapping, monitoring, surveillance and home "bugging" of Plaintiff. Records of any and all in-person recordings conducted surreptitiously via agents, employees or officials of the FBI and DOJ. Any and all records of computer intrusion relating to the Plaintiff. Plaintiff also requests (2) Court compel Defendant to produce a *Vaughn* index of any records held under claim of exemption. Plaintiff (3) requests an award of reasonable litigation costs relative to this action. Plaintiff (4) requests that the costs associated with the production of such records unlawfully withheld be borne by the Defendant. Plaintiff (5) also respectfully requests any other relief that the court deems just.

Dated: March 17, 2015                                          Respectfully,

                                                               Kimberly F Tracy
                                                               7211 Liberty Pride St.
                                                               Las Vegas, NV 89148
                                                               702-672-1031

-5-